IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUSTUS TAYLOR,<br>    Petitioner, | )<br>)<br>) |
| v. | ) Civil Action No. 10-957 |
| COMMONWEALTH OF PA., et al.,<br>    Respondents. | )<br>)<br>)<br>) |

O R D E R

AND NOW, this 16th day of November 2010, after a petition for a writ of habeas corpus was filed by the petitioner, Gustus Taylor, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the parties were accorded fourteen days in which to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Gustus Taylor for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, because reasonable jurists could not conclude that a basis for appeal exists.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

*[signature]*
United States District Judge